1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY CULVER,<br><br>                    Plaintiff,<br><br>      v.<br><br>JAYAKRISHNAN K. NAIR, et al.,<br><br>                    Defendant. | CASE NO. 2:22-cv-00063-JHC<br><br>ORDER REMANDING CASE |

   This matter comes before the Court on Plaintiff Gary Culver's Motions for Remand (Dkt. # 6) and for Rule 11 Sanctions (Dkt. # 9), and Defendant Jayakrishnan Nair's Motion for FBI Criminal Investigation of Mortgage Fraud, Burglary and Perjury (Dkt. # 14).

   Having considered the parties' submissions related to the motion for remand, and the remainder of the record, the Court GRANTS Plaintiff's Motion for Remand (Dkt. # 6) for lack of subject matter jurisdiction under 28 U.S.C. § 1447(c). Neither federal question jurisdiction under 28 U.S.C. § 1331 nor diversity jurisdiction under 28 U.S.C. § 1332 appears to exist in this matter.

   The same day Plaintiff served his Motion for Rule 11 Sanctions, he filed it with this Court. Dkt. # 9. The Court DENIES Plaintiff's Motion for Rule 11 Sanctions (Dkt. # 9) for

ORDER REMANDING CASE - 1

failure to comply with Fed. R. Civ. P. 11(c)(2).  *See Radcliffe v. Rainbow Constr. Co.*, 254 F.3d 772, 789 (9th Cir. 2001) (party "did not serve the [opponents] with the motion in advance of filing and thus did not comply with the twenty-one day advance service provision").

For the foregoing reasons, the Court REMANDS this case to King County Superior Court for all further proceedings.  The Court DIRECTS the Clerk to mail a certified copy of this Order to the Clerk of the state court under 28 U.S.C. § 1447(c).  And the Court STRIKES Defendant's Motion for FBI Criminal Investigation of Mortgage Fraud, Burglary and Perjury.

Dated this 2nd day of May, 2022.

*John H. Chun*
John H. Chun
United States District Judge