UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY CULVER,<br><br>    Plaintiff,<br><br>    v.<br><br>JAYAKRISHNAN K. NAIR,<br><br>    Defendant. | CASE NO. 2:22-cv-00063-JHC<br><br>ORDER RE: MOTION FOR RECONSIDERATION |

This matter comes before the Court on Defendant Jayakrishnan K. Nair's motion for reconsideration (Dkt. # 16) of the Court's order remanding the case (Dkt. # 15). Defendant's motion is untimely. *See* Local Civil Rule (LCR) 7(h)(2) ("The motion shall be filed within fourteen days after the order to which it relates is filed."). For this reason, the motion fails.

Assuming *arguendo* that Defendant's motion were timely, it patently lacks merit. "Motions for reconsideration are disfavored," and "the court will ordinarily deny such motions" unless the moving party shows (a) manifest error in the prior ruling, or (b) new facts or legal authority which could not have been brought to the attention of the court earlier through reasonable diligence. LCR 7(h)(1). Defendant shows no manifest error and presents no new

ORDER RE: MOTION FOR RECONSIDERATION - 1

facts or legal authority that he could not have brought to the Court's attention earlier though reasonable diligence.

Having reviewed Defendant's filing and the balance of the file, the Court DENIES the motion for reconsideration. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 17 day of May, 2022.

John H. Chun
United States District Judge